In the Matter of: Richard MOORE; Bobby Brooks; Pigs to Hogs Inc.; Gone Hog Wild; Pig Palace Inc.; James Blissard; Jerry Milner, Debtors.

Jim Norman; Barbara Norman; Larry Bennett; Peggy Bennett; Chester Brassfield; et al., Appellants

v.

Prestage Farms Inc.; James E. Blissard; Bobby D. Brooks; Jerry Milner; Robert Moore, doing business as Richard Moore Swine Farms; Gone Hogwild Inc.; Pig Palace Inc.; Pigs to Hogs Inc., Appellees.

No. 06–60117.

United States Court of Appeals,
Fifth Circuit.

Feb. 7, 2007.

William H. Liston, Liston & Lancaster, Winona, MS, Danny E. Cupit, Law Offices of Danny E. Cupit, Jackson, MS, for Appellants.

Jeffrey Kyle Tyree, Harris & Geno, Ridgeland, MS, Trudy D. Fisher, Brunini, Gratham, Grower & Hewes, Jackson, MS, William Fredric Blair, Troy Farrell Odom, Blair & Bondurant, Brandon, MS, for Appellees.

Before KING, GARZA, and PRADO, Circuit Judges.

PER CURIAM: *

The order of the district court affirming the order of the bankruptcy court overruling the motion to remand for lack of subject matter jurisdiction is AFFIRMED. In so doing, we do not address (because it is unnecessary to do so) whether diversity jurisdiction is a proper basis for removal.

AFFIRMED. The mandate shall issue forthwith.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.